# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARY F. WRIGHT ET. AL.,** | **OLD CASE NO. 1:22-CV-00137-AWI-SAB** |
| **Plaintiffs,** | **NEW CASE NO. 1:22-CV-00137-SAB** |
| v. | |
| **UNITED STATES OF AMERICA,** | **ORDER REASSIGNING MATTER** |
| **Defendant.** | |

On May 3, 2022, Defendant consented to Magistrate Judge jurisdiction. See Doc. No. 8. On May 3, 2022, Plaintiff consented to Magistrate Judge Jurisdiction. See Doc. No. 9.

Accordingly, all parties to this action having voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED THAT:

1. This action is assigned to United States Magistrate Stanley A. Boone for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment.

2. The Clerk of the Court is directed to assign this action in its entirety to Magistrate Judge Stanley A. Boone;

3. Any future hearing dates set before the undersigned are VACATED and REASSIGNED to the calendar of Magistrate Judge Boone; and

4. The new case number for this matter shall be 1:22-cv-00137-SAB, and the parties shall **use case number 1:22-cv-00137-SAB in all further filings.**

IT IS SO ORDERED.

Dated:   May 12, 2022

SENIOR DISTRICT JUDGE