# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY F. WRIGHT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 1:22-cv-00137-SAB <br><br> ORDER SETTING SETTLEMENT CONFERENCE <br><br> (ECF No. 15) |

On June 16, 2022, the parties filed a stipulation requesting a settlement conference be set before Magistrate Judge Allison Claire, and indicating that Judge Claire's chambers had confirmed her availability for September 29, 2022, at 9:00 a.m. (ECF No. 15.) Pursuant to the parties' request, IT IS HEREBY ORDERED that a settlement conference is set for September 29, 2022, at 9:00 a.m. in Courtroom 26, Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA 95814, before United States Magistrate Judge Allison Claire, who will issue a subsequent order setting forth her requirements prior to the scheduled settlement conference.

IT IS SO ORDERED.

Dated: **June 16, 2022**

UNITED STATES MAGISTRATE JUDGE

1