1  MARC A. KARLIN, ESQ. Cal. SBN 137558
   **KARLIN & KARLIN**
2  A Professional Law Corporation
   535 N. Brand Blvd., Suite 701
3  Glendale, CA 91203
   Telephone:  (213) 365-1555
4  Facsimile:   (213) 383-1166
   E-mail:       mkarlin@karlaw.com
5
   Attorneys for Plaintiffs
6  MARY F. WRIGHT and RONNIE EMPSON

7  PHILLIP A. TALBERT
   United States Attorney
8  JOSEPH B. FRUEH
   Assistant United States Attorney
9  501 I Street, Suite 10-100
   Sacramento, CA 95814
10 E-mail:       joseph.frueh@usdoj.gov
   Telephone: (916) 554-2702
11 Facsimile:  (916) 554-2900

12 Attorneys for Defendant
   UNITED STATES OF AMERICA
13

14

15              IN THE UNITED STATES DISTRICT COURT

16                 EASTERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  MARY F. WRIGHT; RONNIE EMPSON, | No. 1:22-cv-00137-SAB |
| 19           Plaintiffs, | **STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUING SETTLEMENT CONFERENCE** |
| 20           v. | |
| 21  UNITED STATES OF AMERICA, | Current Date/Time:     Sept. 29, 2022, at 9:00 a.m. |
| 22           Defendant. | Proposed Date/Time: Jan. 12, 2023, at 9:00 a.m. |

23

24

25

26

27

28

**STIPULATION AND ~~PROPOSED~~ ORDER**

IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that the settlement conference currently scheduled before the Honorable Allison Claire on September 29, 2022, at 9:00 a.m., shall be continued to January 12, 2023, at 9:00 a.m.

Counsel for the parties have met and conferred in anticipation of the settlement conference currently scheduled for September 29, 2022. Counsel believe they need additional time to conduct discovery and have further conversations with their respective clients and interested parties before a settlement conference will be fruitful. Counsel anticipate that they will be able to accomplish this sufficiently in advance of January 12, 2023, to have a productive settlement conference at that time, and they will continue to have informal discussions regarding potential settlement.

Dated: September 9, 2022

Respectfully submitted,

KARLIN & KARLIN
A Professional Law Corporation

By: /s/ *Marc A. Karlin* (authorized 9/9/2022)
MARC A. KARLIN, ESQ.

Attorneys for Plaintiffs
MARY F. WRIGHT and RONNIE EMPSON

PHILLIP A. TALBERT
United States Attorney

By: /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

**IT IS SO ORDERED**

DATED: September 9, 2022.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE