MARC A. KARLIN, ESQ. Cal. SBN 137558
**KARLIN & KARLIN**
A Professional Law Corporation
535 N. Brand Blvd., Suite 701
Glendale, CA 91203
Telephone:  (213) 365-1555
Facsimile:   (213) 383-1166
E-mail:       mkarlin@karlaw.com

Attorneys for Plaintiffs
MARY F. WRIGHT and RONNIE EMPSON

PHILLIP A. TALBERT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:       joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile:   (916) 554-2900

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY F. WRIGHT; RONNIE EMPSON,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | No. 1:22-cv-00137-SAB<br><br>**STIPULATION AND ORDER FOR RESETTING SETTLEMENT CONFERENCE**<br><br>Currently:　Jan. 12, 2023, at 9:00 a.m., via Zoom<br>　　　　　　Hon. Allison Claire<br><br>Proposed:　Feb. 7, 2023, at 9:30 a.m., via Zoom<br>　　　　　　Hon. Carolyn K. Delaney |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that the settlement conference currently scheduled before the Honorable Allison Claire on January 12, 2023, at 9:00 a.m., shall be reset to February 7, 2023, at 9:30 a.m., before the Honorable Carolyn K. Delaney, and shall take place via Zoom videoconference.

An unanticipated health-related issue precludes Plaintiffs' counsel from attending the settlement conference currently scheduled before Judge Claire on January 12, 2023, and the parties are advised that Judge Claire does not otherwise have availability for a settlement conference until May 2023. Because an earlier settlement conference would better serve the just, speedy, and efficient resolution of this case, the parties contacted Judge Delaney's chambers and were advised that she is available and willing to preside over the parties' settlement conference via Zoom on February 7, 2023, at 9:30 a.m.

Dated: January 4, 2023

Respectfully submitted,

KARLIN & KARLIN
A Professional Law Corporation

By:     /s/ Marc A. Karlin     (authorized 1/4/2023)
MARC A. KARLIN, ESQ.

Attorneys for Plaintiffs
MARY F. WRIGHT and RONNIE EMPSON


PHILLIP A. TALBERT
United States Attorney

By:     /s/ Joseph B. Frueh
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

**IT IS SO ORDERED**

Dated: January 5, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE