MARC A. KARLIN, ESQ. Cal. SBN 137558
**KARLIN & KARLIN**
A Professional Law Corporation
535 N. Brand Blvd., Suite 701
Glendale, CA 91203
Telephone:  (213) 365-1555
Facsimile:  (213) 383-1166
E-mail:        mkarlin@karlaw.com

Attorneys for Plaintiffs
MARY F. WRIGHT and RONNIE EMPSON

PHILLIP A. TALBERT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:        joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY F. WRIGHT; RONNIE EMPSON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 1:22-cv-00137-SAB<br><br>**STIPULATION AND ORDER FOR CONTINUING SETTLEMENT CONFERENCE**<br><br>Currently:  Apr. 24, 2023, at 9:30 a.m., via Zoom<br><br>Proposed:  June 7, 2023, at 9:30 a.m., via Zoom |

**STIPULATION AND PROPOSED ORDER**

IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that the settlement conference currently scheduled before the Honorable Carolyn K. Delaney on April 24, 2023, shall be continued to June 7, 2023, at 9:30 a.m., for the reasons stated in the concurrently filed Stipulation and Proposed Order for Continuing Trial and Related Dates. The parties have confirmed with Judge Delaney's chambers that she is available and willing to preside over the parties' settlement conference via Zoom on June 7, 2023, at 9:30 a.m.

Dated: March 24, 2023

Respectfully submitted,

KARLIN & KARLIN
A Professional Law Corporation

By: /s/ Marc A. Karlin   (authorized 3/24/2023)
MARC A. KARLIN, ESQ.

Attorneys for Plaintiffs
MARY F. WRIGHT and RONNIE EMPSON


PHILLIP A. TALBERT
United States Attorney

By: /s/ Joseph B. Frueh
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

**IT IS SO ORDERED**

Dated: March 24, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE