# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY F. WRIGHT, et al., | Case No. 1:22-cv-00137-SAB |
| Plaintiffs, | ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER |
| v. | |
| UNITED STATES OF AMERICA, | (ECF Nos. 13, 27) |
| Defendant. | |

A scheduling order issued in this action on May 5, 2022, that set among other dates and deadlines, a trial date of October 24, 2023. (ECF No. 13.) The parties have a settlement conference scheduled in this matter for April 24, 2023. (ECF No. 26.) On March 24, 2023, the parties filed a stipulation to continue the discovery deadlines and trial date, in light of the need to continue the settlement conference. (ECF No. 27.) The parties proffer that the settlement conference will be conducted via Zoom; for logistical reasons, and due to the Plaintiffs' limited technical capabilities, Plaintiffs' counsel, Marc Karlin, must be physically present with the Plaintiffs at their residence in Fresno for the Zoom mediation; and due to Mr. Karlin's schedule, and Plaintiff Mary Wright's recent hip replacement surgery, the earliest date that the Plaintiffs and their counsel can be physically present together for a Zoom settlement conference in Fresno is mid to late May 2023. (Id.) The parties proffer they desire to resolve this matter via the settlement conference. The Court finds good cause to grant the stipulated motion.

Accordingly, IT IS HEREBY ORDERED that the stipulated motion to modify the scheduling order (ECF No. 27) is GRANTED, and the scheduling order (ECF No. 13) is modified as follows:

1. Expert Disclosure Deadline: **June 23, 2023**;
2. Supplemental Expert Disclosure Deadline: **July 28, 2023**;
3. Expert Discovery Cutoff: **September 8, 2023**;
4. Dispositive Motion Filing Deadline: **September 29, 2023**;
5. Pretrial Conference: **December 1, 2023, at 9:30 a.m.**, in Courtroom 9, before Magistrate Judge Stanley A. Boone;
6. Trial: **January 23, 2024, at 8:30 a.m.**, in Courtroom 9, before Magistrate Judge Stanley A. Boone; and
7. All other aspects of the scheduling order, as previously modified and not vacated, continue to remain in effect.

IT IS SO ORDERED.

Dated:   **March 26, 2023**

UNITED STATES MAGISTRATE JUDGE

2