MARC A. KARLIN, ESQ. Cal. SBN 137558
**KARLIN & KARLIN**
A Professional Law Corporation
535 N. Brand Blvd., Suite 701
Glendale, CA 91203
Telephone:  (213) 365-1555
Facsimile:  (213) 383-1166
E-mail:  mkarlin@karlaw.com

Attorneys for Plaintiffs
MARY F. WRIGHT and RONNIE EMPSON

PHILLIP A. TALBERT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:  joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARY F. WRIGHT; RONNIE EMPSON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 1:22-cv-00137-SAB<br><br>**STIPULATION AND ORDER FOR CONTINUING SETTLEMENT CONFERENCE**<br><br>Currently:  June 7, 2023, at 9:30 a.m., via Zoom<br><br>Proposed:  June 9, 2023, at 9:30 a.m., via Zoom |
|---|---|

**STIPULATION AND PROPOSED ORDER**

IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that the settlement conference currently scheduled before the Honorable Carolyn K. Delaney on June 7, 2023, shall be continued to June 9, 2023, at 9:30 a.m., due to a family conflict for counsel for Plaintiffs on June 7, 2023. The parties have confirmed with Judge Delaney's chambers that she is available and willing to preside over the parties' settlement conference via Zoom on June 9, 2023, at 9:30 a.m.

Dated: May 3, 2023                                  Respectfully submitted,

                                                    KARLIN & KARLIN
                                                    A Professional Law Corporation

                                         By:       /s/ Marc A. Karlin
                                                    MARC A. KARLIN, ESQ.

                                                    Attorneys for Plaintiffs
                                                    MARY F. WRIGHT and RONNIE EMPSON


                                                    PHILLIP A. TALBERT
                                                    United States Attorney

                                         By:       /s/ Joseph B. Frueh          (authorized on 5/3/2023)
                                                    JOSEPH B. FRUEH
                                                    Assistant United States Attorney

                                                    Attorneys for Defendant
                                                    UNITED STATES OF AMERICA

**IT IS SO ORDERED**

Dated: May 4, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE